1

2

3

4

5

6

7

8

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

CORUS REALTY HOLDINGS, INC.,

Plaintiff,

v.

ZILLOW GROUP, INC.; ZILLOW, INC.,
and TRULIA, LLC,

Defendants.

Case No. 2:18-cv-00847-JLR

**STIPULATED MOTION AND
[~~PROPOSED~~] ORDER MODIFYING
CERTAIN DEADLINES REGARDING
CLAIM CONSTRUCTION EXCHANGES**

16   Through counsel, Plaintiff Corus Realty Holdings, Inc. ("Corus") and Defendants Zillow

17 Group, Inc., Zillow, Inc., and Trulia, LLC ("Defendants") stipulate as follows:

18   1.   On September 12, 2018, the Court entered an Order Setting Trial Dates and Related

19 Dates (Dkt. 22). This order set the deadlines for expert reports on *Markman* issues and rebuttal

20 expert reports on *Markman* issues as January 25, 2019 and February 21, 2019, respectively.

21   2.   Pursuant to LPR 131(a), the current deadline to exchange preliminary claim

22 constructions and extrinsic evidence is February 18, 2019.

23   3.   The current schedule requires the parties to exchange expert declarations on

24 *Markman* issues before they have exchanged their proposed constructions. The parties jointly

25 request that the schedule be modified so that the parties have an opportunity to exchange proposed

26 constructions and to meet-and-confer to narrow the terms in dispute before serving expert reports.

STIPULATION TO MODIFY DEADLINES REGARDING
CLAIM CONSTRUCTION EXCHANGES
2:18-cv-00847-JLR – 1

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000

4.      Accordingly, the parties stipulate that the following deadlines be adjusted as follows:

| Deadline | New Date | Current Date |
|---|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (LPR 131) | Feb. 15, 2019 | Feb. 18, 2019 (from LPR 131(a)) |
| Reports from Expert Witnesses regarding *Markman* issues | Feb. 22, 2019 | Jan. 25, 2019 (from Dkt. 22) |
| Rebuttal Expert Reports regarding *Markman* issues | March 22, 2019 | Feb. 21, 2019 (from Dkt. 22) |

5.      The deadlines identified above relate solely to the exchange of documents between and among the parties and would not affect the filing of any documents with the Court. All other dates on the court's schedule (e.g., regarding the filing with the Court of the Joint Claim Construction and Prehearing Statement and claim construction briefs) would remain unaffected.

**IT IS SO STIPULATED** by and between the parties hereto.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 23 January 2019

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY DEADLINES REGARDING
CLAIM CONSTRUCTION EXCHANGES
2:18-cv-00847-JLR – 2

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000

1  DATED:  January 22, 2019

2  By: */s/ Dario Machleidt*
       Dario Machleidt, WSBA No. 41860
3      DMachleidt@kilpatricktownsend.com
       KILPATRICK TOWNSEND &
4      STOCKTON LLP
       1420 Fifth Avenue, Suite 3700
5      Seattle, WA 98101
       Phone: 206-467-9600
6
7      Mitch Stockwell *(pro hac vice)*
       MStockwell@kilpatricktownsend.com
8      Wab Kadaba *(pro hac vice)*
       WKadaba@kilpatricktownsend.com
9      Charles Pannell *(pro hac vice)*
       CPannell@kilpatricktownsend.com
10     Joshua Lee *(pro hac vice)*
       JLee@kilpatricktownsend.com
11     KILPATRICK TOWNSEND &
       STOCKTON LLP
12     1100 Peachtree Street NE, Suite 2800
13     Atlanta, GA 30309
       Phone: 404-815-6500
14
15     *Counsel for Plaintiff Corus Realty*
       *Holdings, Inc.*
16

By: */s/ Antoine McNamara*
    Ramsey M. Al-Salam, WSBA No. 18822
    RAlSalam@perkinscoie.com
    Antoine M. McNamara, WSBA No. 41701
    AMcNamara@perkinscoie.com
    Stevan R. Stark, WSBA No. 39639
    SStark@perkinscoie.com
    Tyler Roberts, WSBA No. 52688
    TRoberts@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    Phone: (206) 359-8000
    Fax: (206) 359-9000

    *Counsel for Defendants Zillow Group, Inc.,*
    *Zillow, Inc., and Trulia, LLC*

17
18
19
20
21
22
23
24
25
26

STIPULATION TO MODIFY DEADLINES REGARDING
CLAIM CONSTRUCTION EXCHANGES
2:18-cv-00847-JLR – 3

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on January 22, 2019, I caused copies of the foregoing document to be

3

served via ECF to the following counsel of record:

4

5

Dario Machleidt
DMachleidt@kilpatricktownsend.com

6

KILPATRICK TOWNSEND & STOCKTON LLP

7

1420 Fifth Avenue, Suite 3700
Seattle, WA 98101

8

Phone: 206-467-9600

9

Mitch Stockwell
MStockwell@kilpatricktownsend.com

10

Wab Kadaba

11

WKadaba@kilpatricktownsend.com
Charles Pannell

12

CPannell@kilpatricktownsend.com
Joshua Lee

13

jlee@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP

14

1100 Peachtree Street NE, Suite 2800

15

Atlanta, GA 30309
Phone: 404-815-6500

16

17

/s/ Antoine McNamara
Antoine McNamara

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
2:18-cv-00847-JLR – 1