THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., ZILLOW INC., and TRULIA, LLC, <br><br> Defendants. | No. 2:18-cv-00847-JLR <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER ALLOWING DEFENDANTS TO FILE REVISED RESPONSIVE CLAIM CONSTRUCTION BRIEF** <br><br> NOTE ON MOTION CALENDAR <br> May 14, 2019 |

Defendants Zillow Group, Inc, Zillow Inc. and Trulia, LLC ("Defendants") and Plaintiff Corus Reality Holdings, Inc. ("Plaintiff") respectfully submit this stipulated motion requesting the Court to grant Defendants leave to file a revised responsive claim construction brief.

When filing its responsive claim construction brief, Defendants inadvertently followed Local Patent Rule 134(d) that limits responsive briefs to 12 pages, rather than Judge Robart's Standing Order for Patent Cases that allows responsive briefs to be 24 pages. As such, Defendants' limited its responsive claim construction brief (Dkt. No. 39) to 12 pages. Plaintiff's responsive brief (Dkt. No. 41) is 24 pages.

At Defendants' request, Plaintiff has agreed that Defendants may submit a revised responsive claim construction brief that is within the 24-page limit set by Judge Robart's order, so long as the revisions are limited to discussions of cases cited by Plaintiff in its opening claim construction brief, if the Court allows it.

STIPULATION FOR DEFS TO FILE REVISED
RESPONSIVE CLAIM CONSTRUCTION BRIEF – 1
(No. 2:18-cv-00847-JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  The parties hereby stipulate that Defendants may file, by the latter of May 16, 2019 or
2  one day after entry of this order, a revised responsive claim construction brief that is no longer
3  than 24 pages and wherein the revisions are limited to discussions of case law cited by Plaintiff
4  in its opening brief.
5  **IT IS SO STIPULATED** by and between the parties hereto.
6  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
7  Dated: 15 May 2019
8
9  HON. JAMES L. ROBART
   UNITED STATES DISTRICT JUDGE

STIPULATION FOR DEFS TO FILE REVISED
RESPONSIVE CLAIM CONSTRUCTION BRIEF – 2
(No. 2:18-cv-00847-JLR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated May 14, 2019.

By:   */s/ Stevan R. Stark*
Ramsey M. Al-Salam, WSBA No. 18822
RAlSalam@perkinscoie.com
Stevan R. Stark, WSBA No. 39639
SStark@perkinscoie.com
Antoine M. McNamara, WSBA No. 41701
AMcNamara@perkinscoie.com
Tyler Roberts, WSBA No. 52688
TRoberts@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000/Fax: 206.359.9000

Attorneys for Defendants Zillow Group, Inc., Zillow Inc., And Trulia, LLC

By:   */s/ Dario Machleidt*
Dario Machleidt, WSBA No. 41860
dmachleidt@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: 206-467-9600

Mitch Stockwell (admitted *pro hac vice*)
Wab Kadaba (admitted *pro hac vice*)
Charles Pannell (admitted *pro hac vice*)
Joshua H. Lee (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
404-815-6500

Attorneys for Plaintiff Corus Realty Holdings, Inc.

STIPULATION FOR DEFS TO FILE REVISED
RESPONSIVE CLAIM CONSTRUCTION BRIEF – 3
(No. 2:18-cv-00847-JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000