HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; ZILLOW, INC.; and TRULIA, LLC,<br><br>Defendants. | Case No. 2:18-cv-00847-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**JUNE 20, 2019** |

Plaintiff Corus Realty Holdings, Inc. ("Corus") and Defendants Zillow Group, Inc., Zillow, Inc., and Trulia, LLC ("Defendants") (collectively, "Parties") stipulate as follows:

1. On September 12, 2018, the Court entered an Order Setting Trial Dates and Related Dates (Dkt. 22) ("Scheduling Order"). The Scheduling Order identifies, among others, deadlines for opening and responsive expert reports, discovery motions, discovery cutoff, motions challenging experts, and dispositive motions.

2. The Parties respectfully request modest extensions to these dates while they diligently continue to litigate this case. Although the parties are in the process of scheduling

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 1 -
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

individual and Rule 30(b)(6) depositions, ongoing document production and summer vacation plans for the witnesses have made completing depositions before the current August 2, 2019 deadline for opening expert reports impossible.

3. Accordingly, the Parties jointly request that the Court extend the following deadlines:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Reports from expert witnesses under FRCP 26(a)(2) due | August 2, 2019 | August 30, 2019 |
| Rebuttal expert reports due | August 30, 2019 | September 27, 2019 |
| All motions related to discovery must be filed by (see LCR 7(d)) | September 20, 2019 | October 11, 2019 |
| Discovery completed by | September 20, 2019 | October 11, 2019 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | October 29, 2019 | November 12, 2019 |

4. All other dates on the Court's schedule would remain unaffected. The Parties expect that this extension will provide them with sufficient time to complete all depositions well in advance of the new opening expert report deadline of August 30, 2019, so that such testimony can be used as necessary in the expert reports.

**IT IS SO STIPULATED** by and between the parties hereto.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 25 June 2019

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 2 -
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

DATED: June 20, 2019

| | |
|---|---|
| s/ Dario Machleidt | s/ Ramsey M. Al-Salam (with permission) |
| Dario Machleidt (State Bar No. 41860) | Ramsey M. Al-Salam, WSBA No. 18822 |
| **Kilpatrick Townsend & Stockton LLP** | RAlSalam@perkinscoie.com |
| 1420 Fifth Avenue, Suite 3700 | Antoine M. McNamara, WSBA No. 41701 |
| Seattle, WA 98101 | AMcNamara@perkinscoie.com |
| 206-467-9600 | Stevan R. Stark, WSBA No. 39639 |
| | SStark@perkinscoie.com |
| Mitch Stockwell (pro hac vice) | Tyler Roberts, WSBA No. 52688 |
| MStockwell@kilpatricktownsend.com | TRoberts@perkinscoie.com |
| Wab Kadaba (pro hac vice) | **PERKINS COIE LLP** |
| WKadaba@kilpatricktownsend.com | 1201 Third Avenue, Suite 4900 |
| Charles Pannell (pro hac vice) | Seattle, WA 98101 |
| CPannell@kilpatricktownsend.com | Phone: (206) 359-8000 Fax: (206) 359-9000 |
| Joshua Lee (pro hac vice) | |
| JLee@kilpatricktownsend.com | |
| 1100 Peachtree Street NE, Suite 2800 | |
| Atlanta, GA 30309 | |
| Phone: 404-815-6500 | |
| | |
| *Counsel for Plaintiff Corus Realty Holdings, Inc.* | *Counsel for Defendants Zillow Group, Inc., Zillow, Inc., and Trulia, LLC* |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINES - 3 -
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600