HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; ZILLOW, INC.; and TRULIA, LLC,<br><br>Defendants. | Case No. 2:18–cv–00847–JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING NOTING DATE ON DEFENDANTS' MOTION TO EXCLUDE (DKT. NO. 58)<br><br>NOTE ON MOTION CALENDAR:<br>November 4, 2019 |

Plaintiff Corus Realty Holdings, Inc. ("Corus") and Defendants Zillow Group, Inc., Zillow, Inc., and Trulia, LLC ("Defendants") (collectively, "Parties") stipulate as follows:

1. On October 30, 2019, the Defendants filed a Motion to Exclude Untimely Infringement Theories (Dkt. No. 58), which Defendants noted for consideration on November 15, 2019. Pursuant to Local Rules 7(d)(3) and 7(d)(5), Corus's opposition thereto is thus currently due November 12, 2019 (and Defendants' reply is currently due November 15, 2019).

2. Pursuant to the Court's June 25, 2019 Order Extending Deadlines (Dkt. No. 50), November 12, 2019 is also the deadline by which all dispositive motions and motions challenging expert witness testimony must be filed by the Parties.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING NOTING DATE - 1 -
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

3. The Parties thus respectfully request a modest extension to the noting date on Defendants' Motion to Exclude Untimely Infringement Theories (Dkt. No. 58)—from November 15, 2019 to November 22, 2019—in view of the November 12, 2019 deadline by which all dispositive motions and motions challenging expert witness testimony must be filed.

4. Accordingly, the Parties jointly request that the Court extend the following deadlines:

| Event | Current Noting Date | Proposed Noting Date |
|---|---|---|
| Defendants' Motion to Exclude Untimely Infringement Theories (Dkt. No. 58) | November 15, 2019 | November 22, 2019 |

5. All other dates on the Court's schedule would remain unaffected.

**IT IS SO STIPULATED** by and between the parties hereto.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 5 November 2019

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING NOTING DATE - 2 -
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

Respectfully Submitted,

DATED: November 4, 2019

*s/ Dario Machleidt*

Dario Machleidt (State Bar No. 41860)
DMachleidt@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
206-467-9600

Mitch Stockwell *(pro hac vice)*
MStockwell@kilpatricktownsend.com
Wab Kadaba *(pro hac vice)*
WKadaba@kilpatricktownsend.com
Charles Pannell *(pro hac vice)*
CPannell@kilpatricktownsend.com
Joshua Lee *(pro hac vice)*
JLee@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Phone: 404-815-6500

*Counsel for Plaintiff Corus Realty Holdings, Inc.*

*s/ Stevan R. Stark (with permission)*

Ramsey M. Al-Salam, WSBA No. 18822
RAlSalam@perkinscoie.com
Antoine M. McNamara, WSBA No. 41701
AMcNamara@perkinscoie.com
Stevan R. Stark, WSBA No. 39639
SStark@perkinscoie.com
Tyler Roberts, WSBA No. 52688
TRoberts@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000 Fax: (206) 359-9000

*Counsel for Defendants Zillow Group, Inc., Zillow, Inc., and Trulia, LLC*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING NOTING DATE - 3 -
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

**CERTIFICATE OF SERVICE**

I, Dario Machleidt, hereby certify that on November 4, 2019, I caused copies of the foregoing document to be served via ECF to counsel of record.

*s/ Dario Machleidt*
Dario Machleidt

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING NOTING DATE - 4 -
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600