THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC., ZILLOW INC., and TRULIA, LLC, <br><br> Defendants. | No. 2:18-cv-00847-JLR <br><br> [~~PROPOSED~~] ORDER GRANTING IN PART DEFENDANTS' MOTION TO FILE AN OVER-LENGTH BRIEF <br><br> NOTE ON MOTION CALENDAR: <br><br> November 6, 2019 |

This matter came before the Court on Defendants' Motion to File an Over-Length Brief. Having considered Defendants' Motion to File an Over-Length Brief and all papers filed in support thereof and being fully advised in the premises, now, therefore, it is hereby:

ORDERED that the Motion to File an Over-Length Brief is GRANTED in part and DENIED in part. Defendants may file a Motion for Summary Judgment brief up to 34 [~~40~~] pages in length; Plaintiff may file a brief in opposition up to 34 [~~40~~] pages in length in opposition; Defendants may file a reply brief up to half the length of the opposition.

Dated: 7 November 2019

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER – 1
(No. 2:18-cv-00847-JLR)

Presented by:

By: */s/ Stevan R. Stark*
Ramsey M. Al-Salam, WSBA No. 18822
RAlSalam@perkinscoie.com
Stevan R. Stark, WSBA No. 39639
SStark@perkinscoie.com
Antoine M. McNamara, WSBA No. 41701
AMcNamara@perkinscoie.com
Tyler Roberts, WSBA No. 52688
TRoberts@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000 / Fax: 206.359.9000

***Attorneys for Defendants Zillow Group, Inc.,
Zillow Inc., and Trulia, LLC***

[PROPOSED] ORDER – 2
(No. 2:18-cv-00847-JLR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000