HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; ZILLOW, INC.; and TRULIA, LLC,<br><br>Defendants. | Case No. 2:18−cv−00847−JLR<br><br>[PROPOSED] ORDER GRANTING CORUS REALTY HOLDINGS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL (MOTIONS IN LIMINE AND EXHIBITS THERETO)<br><br>NOTE ON MOTION CALENDAR:<br>February 14, 2020 |

This matter came before the Court on Plaintiff Corus Realty Holdings, Inc.'s Motion to File Documents Under Seal (Motions in Limine and Exhibits Thereto). Having considered Plaintiff's Motion and the supporting materials and being fully advised in the matter, now, therefore, it is hereby:

**ORDERED** that Plaintiff Corus Realty Holdings, Inc.'s Motion to Seal is **GRANTED**; and the Clerk is order to file the following under seal:

(i) Corus Realty Holdings, Inc.'s Motions in Limine; and

(ii) Exhibit 4 (9/27/19 Voth Rpt.) and Exhibit 8 (ZILLOW_CORUS_031479).

Dated this 17th day of February, 2020.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER –
CORUS'S MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

1  Presented by:

2  *s/ Dario Machleidt*

3  Dario Machleidt (State Bar No. 41860)
   Kilpatrick Townsend & Stockton LLP
4  1420 Fifth Avenue, Suite 3700
   Seattle, WA 98101
5  206-467-9600

6  Mitch Stockwell (*pro hac vice*)
7  Wab Kadaba (*pro hac vice*)
   Charles Pannell (*pro hac vice*)
8  Josh Lee (*pro hac vice*)
   Kilpatrick Townsend & Stockton LLP
9  1100 Peachtree Street NE, Suite 2800
   Atlanta, GA 30309
10 404-815-6500

11
   Megan M. Chung (*pro hac vice*)
12 Kilpatrick Townsend & Stockton LLP
   12255 El Camino Real, Suite 250
13 San Diego, CA 92130
   858-350-6100
14

15 Kasey E. Koballa (*pro hac vice*)
   Kilpatrick Townsend & Stockton LLP
16 607 14th Street, NW Suite 900
   Washington, DC 20005
17 202-508-5800

18 *Attorneys for Plaintiff Corus Realty Holdings, Inc.*

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER –
CORUS'S MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600