HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC.; ZILLOW, INC.; and TRULIA, LLC, <br><br> Defendants. | Case No. 2:18-cv-00847-JLR <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL (PROPOSED PRETRIAL ORDER) <br><br> NOTE ON MOTION CALENDAR: <br> February 13, 2020 |

This matter came before the Court on the Joint Motion to File Documents Under Seal (Proposed Pretrial Order). Having considered the Parties' Motion and the supporting materials and being fully advised in the matter, now, therefore, it is hereby:

**ORDERED** that the Parties Joint Motion to Seal is **GRANTED**; and the Clerk is order to file the following under seal:

Exhibits 1 – 12 to the Proposed Pretrial Order.

Dated this 17th day of February, 2020.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER –
JOINT MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

Presented by:

| | |
|---|---|
| *s/ Dario Machleidt* | *s/ Antoine M. McNamara* |
| Dario Machleidt (State Bar No. 41860) | Ramsey M. Al-Salam, WSBA No. 18822 |
| **Kilpatrick Townsend & Stockton LLP** | Christina J. McCullough, WSBA No. 47147 |
| 1420 Fifth Avenue, Suite 3700 | Stevan R. Stark, WSBA No. 39639 |
| Seattle, WA 98101 | Antoine M. McNamara, WSBA No. 41701 |
| 206-467-9600 | Theresa H. Nguyen, WSBA No. 53296 |
| | Tyler S. Roberts, WSBA No. 52688 |
| Mitch Stockwell (*pro hac vice*) | PERKINS COIE LLP |
| Wab Kadaba (*pro hac vice*) | 1201 Third Avenue, Suite 4900 |
| Charles Pannell (*pro hac vice*) | Seattle, WA 98101-3099 |
| Josh Lee (*pro hac vice*) | Tel: 206.359.8000 / Fax: 206.359.9000 |
| Kilpatrick Townsend & Stockton LLP | Email: RAlsalam@perkinscoie.com |
| 1100 Peachtree Street NE, Suite 2800 | Email: CMcCullough@perkinscoie.com |
| Atlanta, GA 30309 | Email: SStark@perkinscoie.com |
| 404-815-6500 | Email: AMcNamara@perkinscoie.com |
| | Email: RNguyen@perkinscoie.com |
| Megan M. Chung (*pro hac vice*) | Email: TRoberts@perkinscoie.com |
| Kilpatrick Townsend & Stockton LLP | |
| 12255 El Camino Real, Suite 250 | ***Counsel for Defendants Zillow Group, Inc.;*** |
| San Diego, CA 92130 | ***Zillow, Inc.; and Trulia, LLC*** |
| 858-350-6100 | |

Kasey E. Koballa (*pro hac vice*)
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW Suite 900
Washington, DC 20005
202-508-5800

***Counsel for Plaintiff Corus Realty Holdings, Inc.***

[PROPOSED] ORDER –
JOINT MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600