HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; ZILLOW, INC.; and TRULIA, LLC,<br><br>Defendants. | Case No. 2:18-cv-00847-JLR<br><br>[~~PROPOSED~~] **ORDER GRANTING CORUS REALTY HOLDINGS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL (OPPOSITION TO DEFENDANTS' MOTION IN LIMINE AND EXHIBITS 3-5 THERETO)**<br><br>NOTE ON MOTION CALENDAR:<br>February 28, 2020 |

This matter came before the Court on Plaintiff Corus Realty Holdings, Inc.'s Motion to File Documents Under Seal (Opposition to Defendants' Motion in Limine and Exhibits 3-5 Thereto). Having considered Plaintiff's Motion and the supporting materials and being fully advised in the matter, now, therefore, it is hereby:

**ORDERED** that Plaintiff Corus Realty Holdings, Inc.'s Motion to Seal is **GRANTED;** and the Clerk is order to file Corus Realty Holdings, Inc.'s Opposition to Defendants' Motion in Limine and Exhibits 3-5 Thereto under seal.

Dated this 17th day of February, 2020.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER –
CORUS'S MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600

Presented by:

*s/ Dario Machleidt*
Dario Machleidt (State Bar No. 41860)
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
206-467-9600

Mitch Stockwell (*pro hac vice*)
Wab Kadaba (*pro hac vice*)
Charles Pannell (*pro hac vice*)
Josh Lee (*pro hac vice*)
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
404-815-6500

Megan M. Chung (*pro hac vice*)
Kilpatrick Townsend & Stockton LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
858-350-6100

Kasey E. Koballa (*pro hac vice*)
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW Suite 900
Washington, DC 20005
202-508-5800

*Attorneys for Plaintiff Corus Realty Holdings, Inc.*

[PROPOSED] ORDER –
CORUS'S MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 2:18-cv-00847-JLR

KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700 Seattle, WA 98101
206-467-9600