# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CORUS REALTY HOLDINGS, INC.,

                    Plaintiff,

          v.

ZILLOW GROUP INC., et al.,

                    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO. C18-0847JLR

__    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants Zillow Group, Inc., Zillow, Inc., and Trulia, LLC's (collectively,

"Defendants") are entitled to summary judgment against Plaintiff Corus Realty Holdings,

Inc. ("Corus") on Corus's claim for infringement of U.S. Patent No. 6,636,803, Corus's

//

//

//

//

//

sole claim in this case.  (*See* 2/18/2020 Order (Dkt. # 138) at 41, 42.)  The court further

dismisses without prejudice all of Defendants' counterclaims.  (*See id.* at 46-47.)

Filed this 31st day of March, 2020.


WILLIAM M. MCCOOL
Clerk of Court

 s/ Ashleigh Drecktrah
Deputy Clerk