THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORUS REALTY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZILLOW GROUP, INC.; ZILLOW, INC., and TRULIA, LLC, <br><br> Defendants. | Case No. 2:18-cv-00847-JLR <br><br> **STIPULATED MOTION AND ORDER TO MODIFY CERTAIN DEADLINES REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> Note on Motion Calendar: April 22, 2020 |

On April 14, 2020, Defendants filed a Motion for Attorneys' Fees and Costs (Dkt. No. 145). The parties seek to modify the briefing schedule for Plaintiff's response and Defendants' reply to allow sufficient time for each. They thus stipulate to a revision of the deadlines as follows:

| **Deadline** | **Current Due Date** | **New Due Date** |
|---|---|---|
| Plaintiff's response to the motion | April 27, 2020 | May 4, 2020 |
| Defendants' reply to Plaintiff's response | May 1, 2020 | May 12, 2020 |
| Noting Date on Motion Calendar | May 1, 2020 | May 12, 2020 |

**IT IS SO STIPULATED** by and between the parties hereto.

STIPULATION TO MODIFY DEADLINES
2:18-cv-00847-JLR – 1

147967767.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED THIS 23rd DAY OF APRIL, 2020.**

DATED:  April 23, 2020

_[signature]_

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

DATED:  April 22, 2020

| By: */s/ Charles Pannell* | By: */s/ Ramsey M. Al-Salam* |
|---|---|
| Mitch Stockwell *(pro hac vice)* <br> MStockwell@kilpatricktownsend.com <br> Wab Kadaba *(pro hac vice)* <br> WKadaba@kilpatricktownsend.com <br> Charles Pannell *(pro hac vice)* <br> CPannell@kilpatricktownsend.com <br> Joshua Lee *(pro hac vice)* <br> JLee@kilpatricktownsend.com <br> KILPATRICK TOWNSEND & STOCKTON LLP <br> 1100 Peachtree Street NE, Suite 2800 <br> Atlanta, GA 30309 <br> Phone: 404-815-6500 <br><br> Dario Machleidt, WSBA No. 41860 <br> DMachleidt@kilpatricktownsend.com <br> KILPATRICK TOWNSEND & STOCKTON LLP <br> 1420 Fifth Avenue, Suite 3700 <br> Seattle, WA 98101 <br> Phone: 206-467-9600 <br><br> *Counsel for Plaintiff Corus Realty Holdings, Inc.* | Ramsey M. Al-Salam, WSBA No. 18822 <br> RAlSalam@perkinscoie.com <br> Antoine M. McNamara, WSBA No. 41701 <br> AMcNamara@perkinscoie.com <br> Stevan R. Stark, WSBA No. 39639 <br> SStark@perkinscoie.com <br> Tyler Roberts, WSBA No. 52688 <br> TRoberts@perkinscoie.com <br> PERKINS COIE LLP <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101 <br> Phone: (206) 359-8000 <br> Fax: (206) 359-9000 <br><br> *Counsel for Defendants Zillow Group, Inc., Zillow, Inc., and Trulia, LLC* |

STIPULATION TO MODIFY DEADLINES
2:18-cv-00847-JLR – 2

147967767.1

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I caused copies of the foregoing document to be served via ECF to the following counsel of record:

Dario Machleidt
DMachleidt@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Phone: 206-467-9600

Mitch Stockwell
MStockwell@kilpatricktownsend.com
Wab Kadaba
WKadaba@kilpatricktownsend.com
Charles Pannell
CPannell@kilpatricktownsend.com
Joshua Lee
jlee@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Phone: 404-815-6500

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam

CERTIFICATE OF SERVICE
2:18-cv-00847-JLR – 1

147967767.1

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000